IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RAYON PAYNE,

     Appellant,

v.

     Case No. 5D22-854
     LT Case No. 2021-DR-003154

SANDRA KOCH,

     Appellee.

_____/

Decision filed January 3, 2023

Appeal from the Circuit Court
for Seminole County,
Susan Stacy, Judge.

Rayon Payne, Orlando, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., WALLIS and HARRIS, JJ., concur.